UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| LENEA H. BORGESON, | Civil No. 14-1072 (JRT/LIB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| VETERAN'S ADMINISTRATION OF MINNEAPOLIS, MN, | |
| Defendant. | |

_____

Lenea H. Borgeson, 4731 Grand Avenue #4, Duluth, MN 55807, *pro se* plaintiff,

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

That this case is **DISMISSED** without prejudice for lack to comply with the Court's Orders at Docket Numbers 3 and 5, and for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 30, 2014         s/John R. Tunheim
                             JOHN R. TUNHEIM
                             United States District Judge